# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **CR-19-4184 KG** | Date: | **2/21/2020** | Recording Information: | **LCR SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **C. ALVAREZ** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **SAVANNAH PADILLA** | **STEPHANIE WOLF, AFPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **MATILDA VILLALOBOS** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:08-9:11 A.M./9:11-9:15 A.M. (4 min)** | |

| | |
|---|---|
| ☒ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants  ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Set for Preliminary/Detention on 2/26/2020 at 10:30 A.M. (Sierra Blanca Courtroom) |

| | |
|---|---|
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☐ | Other: |