## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Kenneth J. Gonzales

**CASE NO.:**   CR 19-4184 KG            **DATE:**      4/29/2020

                                          **Time in court:**   7 minutes

**TITLE:**   United States v. HERNANDEZ, et al.

**COURTROOM CLERK:**   Chris Eubanks    **COURT REPORTER:**   Danna Schutte Everett

( ) Albuquerque   ( X ) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered            **INTERPRETER:**   NONE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  Maria Armijo                                    Cori Ann Harbour-Valdez for Daniel
  Ryan Ellison                                        Hernandez
                                                  James Langell for Savannah Padilla

**TYPE OF PROCEEDING:**   Telephonic Status Conference

**EVIDENTIARY:**   No

**PROCEEDINGS:**

**2:45 p.m.   Court in Session**

Court: Counsel enter appearances.  Defendants are not present.  Reason for conference, extension of order continuing all jury trials in district.  Number of cases primed for trial, indicted and pending trial.  Inquires of counsel whether trial is possible, or no trial needed.

Ms. Armijo: Defers to defense counsel on status; fairly new case.

Ms. Harbour-Valdez:  Just appointed recently, discovery received, reason for continuance and fine with being on the August trial docket.

Mr. Langell: Responds; need to conduct investigations but is hampered at this time; may ask to push out August to an additional month.

Court: Understand challenge; trial is set for August. We will wait and see what may be authorized for trials and lifting of restrictions. Will leave on the August docket. If need to reconsider, counsel to file a motion. Nothing further, in recess.

**2:52 p.m.  Court in Recess**