IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                                  CR No. 19-4184 KG

SAVANNAH PADILLA,

       Defendant.

**ENTRY OF APPEARANCE OF
STEPHANIE WOLF AS CO-COUNSEL**

       Stephanie Wolf, Assistant Federal Public Defender, hereby enters her appearance as co-counsel for Defendant, Savannah Padilla.

                                                Respectfully Submitted,

                                                **FEDERAL PUBLIC DEFENDER**
                                                506 S. Main St., Suite 400
                                                Las Cruces, NM 88001
                                                Ph: (575) 527-6930

                                                **Electronically filed May 1, 2020**
                                                */s/ Stephanie Wolf*
                                                Assistant Federal Public Defender
                                                Las Cruces Office